No. 3764.—DELGADO, aplte., *v.* SÁNCHEZ ET AL., apdos.—C. D. Humacao. Nov. 24, 1925. Tratándose de una sentencia dictada por la corte de distrito en grado de apelación y habiéndose interpuesto el recurso después de los quince días

siguientes a la notificación de la sentencia, visto el artículo 295 No. 2 del Código de Enjuiciamiento Civil, se desestimó el recurso.